**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**MARIA TERESA FERRARESE,**

**Plaintiff,**

**v.**                                                    **Case No.  2:07-cv-235-FtM-29DNF**

**MENU FOODS, INC., MENU FOODS**
**MIDWEST CORPORATION, MENU FOODS**
**INCOME FUND, MENU FOODS LIMITED,**

**Defendants.**

_____

**INTERESTED PERSONS ORDER**
**FOR CIVIL CASES**

This Court makes an active effort to screen every case in order to identify parties and

interested corporations in which any assigned judge may be a shareholder, as well as for other

matters that might require consideration of recusal.  It is therefore

**ORDERED** that, within **eleven** days[1] from the date of this order (or from the date of

subsequent first appearance[2] in this action), each party, *pro se* party, governmental party, intervenor,

non-party movant, and Rule 69 garnishee **shall file and serve** a Certificate of Interested Persons and

Corporate Disclosure Statement. (See Attachment A)

**FURTHER ORDERED** that no party may seek discovery from any source before filing and

serving a.  A motion, memorandum, response, or other paper — including emergency motion —

---

[1]Intermediate Saturdays, Sundays, and specified legal holidays are *in*cluded in the computation of periods of eleven days or more. *See* Fed.R.Civ.P. 6(a); Local Rule 4.20. If this order was served by mail, add three days to the prescribed period. Fed.R. Civ.P 6(e); Local Rule 4.20(a)(2). Service by facsimile constitutes a method of hand delivery for the purpose of computing the time within which any response is required. Local Rule 1.07(c).

[2]Every pleading or paper filed constitutes a general appearance of the party unless otherwise specified. Local Rule 2.03(a).

Dockets.Justia.com

-2-

may be denied or stricken unless the filing party has previously filed and served its Certificate of

Interested Persons and Corporate Disclosure Statement.

**FURTHER ORDERED** that each party has a continuing obligation to file and serve an

amended Certificate of Interested Persons and Corporate Disclosure Statement within eleven days

of 1) discovering any ground for amendment, including notice of case reassignment to a different

judicial officer; or 2) discovering any ground for recusal or disqualification of a judicial officer.  A

party should not routinely list an assigned district judge or magistrate judge as an "interested person"

absent some non-judicial interest.

**FURTHER ORDERED** that, in order to assist the Court in determining when a conflict of

interest may exist, particularly when ruling on matters formally assigned to another judge, each party

shall use the full caption of the case —  including the names of all parties and intervenors —  on all

motions, memoranda, papers, and proposed orders submitted to the Clerk.  *See* Fed.R.Civ.P. 10(a);

Local Rule 1.05(b) ("*et al.*"  discouraged).
April 24, 2007

|     |     |
| --- | --- |
| JOHN E. STEELE | MARCIA MORALES HOWARD |
| John E. Steele | Marcia Morales Howard |
| United States District Court Judge | United States District Court Judge |
|     |     |
| DOUGLAS N. FRAZIER | SHERI POLSTER CHAPPELL |
| Douglas N. Frazier | Sheri Polster Chappell |
| United States Magistrate Judge | United States Magistrate Judge |

**ATTACHMENT A**

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

        [insert list]

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        [insert list]

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

        [insert list]

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

        [insert list]

        I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

[Date]

                                                    _____
                                                    [Counsel of Record or *Pro Se* Party]
                                                        [Address and Telephone]


[Certificate of Service]