UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA TERESA FERRARESE,

          Plaintiff,

-vs-                                       Case No. 2:07-cv-235-FtM-29DNF

MENU FOODS, INC., MENU FOODS MIDWEST
CORPORATION, MENU FOODS INCOME
FUND, MENU FOODS LIMITED,

          Defendants.
_____

## ORDER

This matter comes before the Court upon review of the docket. According to Clerk's Office records, Gary E. Mason, counsel for the Plaintiff, is not currently a member of the bar in good standing in the Middle District of Florida. The records show that counsel failed to file a Motion for Admission Pro Hac Vice together with the Special Admission Attorney Certification and fee. "Any attorney who is not a resident of Florida but who is a member in good standing of the bar of any District Court of the United States; outside Florida; may appear specially as counsel of record" provided he comply with Local Rule 2.02. Counsel is directed to the court's website at www.flmd.uscourts.gov for more information.

Accordingly, it is now

**ORDERED**

Counsel shall submit the appropriate motion, form and fee within eleven (11) days to the Ft. Myers Division. Failure to comply may cause counsel to be terminated from this action without further notice.

**IT IS FURTHER ORDERED:**

Pursuant to Fed. R. Civ. P. 5(e) and the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, electronic filing became mandatory effective March 15, 2007. Therefore, if counsel has not already done so, within three (3) business days after being admitted, re-admitted or granted special admission to practice in the Middle District of Florida, counsel shall register for a login and password for electronic filing at the court's website. Failure to comply may cause counsel to be terminated as counsel of record without further notice

**DONE AND ORDERED** at Fort Myers, Florida, this 25th day of April, 2007.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record