# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| MARIA TERESA FERRARESE, individually and on behalf of others similarly situated,<br>          Plaintiff,<br>v.<br><br>MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, and MENU FOODS LIMITED,<br>          Defendant. | CASE NO.: 2:07-cv-235-FtM-29DNF |

## MOTION FOR PRO HAC VICE ADMISSION
## TO PRACTICE FOR GARY E. MASON

COMES NOW Gary E. Mason, pursuant to the Federal Rules of Civil Procedure and the Rules of the United States District Court for the Middle District of Florida, and applies for leave to appear *pro hac vice* on behalf of Plaintiff in the above-captioned matter, and in support of his application states:

1.     Gary E. Mason is currently co-counsel for the Plaintiff.

2.     Applicant is and has been a member in good standing of the State Bar of New York since 1988. Applicant is also admitted to practice before the United States District Courts for the District of Columbia and the District of Maryland. Applicant is also admitted to practice before the Fourth Circuit Court of Appeals, the Sixth Circuit Court of Appeals and the Supreme Court of the United States.

3.     Applicant has been actively engaged in the practice of law in the District of Columbia for the past 13 years.

4. Applicant is not admitted to practice in the State Courts of Florida or the United States District Court for the Middle District of Florida.

5. Gary E. Mason, Esq. designates Scott Weinstein of Morgan & Morgan, P.A., One University Park,12800 University Drive, Suite 600, Fort Myers, Florida, 33907-5337, who is a member of The Florida Bar and admitted to practice before this Court and maintains an office for the practice of law in Ft. Myers, Florida, as local counsel with whom the Court and opposing counsel can readily communicate regarding the conduct and status of the case and upon whom papers may be served.

6. Admission *pro hac vice* of Gary E. Mason to practice before this Court as co-counsel with Scott Weinstein will aid in the just and expeditious resolution of this cause.

7. Gary E. Mason has an ECF login and password for the United States District Court for the Middle District of Florida.

WHEREFORE, Gary E. Mason applies to this Honorable Court for leave to appear *pro hac vice* in the above-captioned matter.

DATED this 27th day of April, 2007.

**THE MASON LAW FIRM, LLP**
1225 19th Street, N.W.
Suite 500
Washington, D.C. 20036
Telephone (202) 429-2290
Facsimile (202) 429-2294

BY:   /s/ Gary e. Mason
GARY E. MASON