# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| MARIA TERESA FERRARESE, individually and on behalf of others similarly situated,<br>   Plaintiff,<br>v.<br><br>MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, and MENU FOODS LIMITED,<br>   Defendant. | CASE NO.: 2:07-cv-235-FtM-29DNF |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

  I hereby disclose the following pursuant to this Court's interested persons order:

  1. The name of each person, attorney, associate of persons, firms. Law firm, partnership, and corporation that has or may have an interest in the outcome of this action- including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and all other identifiable legal entities related to *any* party in the case:

  Maria Teresa Ferrarese
  Scott Wm Weinstein, Esq.
  Morgan & Morgan, P.A.
  Gary E. Mason, Esq.
  The Mason Law Firm, LLP
  Menu Foods, Inc.
  Menu Foods Midwest Corporation
  Menu Foods Income Fund
  Menu Foods Limited

  2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

  Menu Foods, Inc.
  Menu Foods Midwest Corporation

Menu Foods Income Fund
Menu Foods Limited

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    NONE

4. The name of each victim (individual or corporation) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Maria Teresa Ferrarese and all persons in the United States who have incurred costs as a result of their pets becoming ill or passing away from ingesting any of the pet food brands manufactured by Defendants during the period commencing December 3, 2007 and ending March 6, 2007 that were recalled by Defendants.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or pending conflict of interest.

May 7, 2007

/s/ Gary E. Mason
Gary E. Mason
The Mason Law Firm, LLP
1225 19th Street, N.W.
Suite 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Email: gmason@masonlawdc.com


Scott Wm. Weinstein
Morgan & Morgan, P.A.
12800 University Drive
Suite 600
Ft. Myers, FL 33907-5337
Telephone: (239) 433-6880
Facsimile: (239) 433-6836
Email: sweinstein@forthepeople.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court this 7th day of May, 2007, and by First Class United States Mail on:

Robert Dewitt McIntosh
Adorno & Yoss
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, FL  33335-9002
rdm@adorno.com

/s/ Gary E. Mason_____
Gary E. Mason