UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MARIA TERESA FERRARESE,**
**individually and on behalf of others**
**similarly situated,**
          **Plaintiff**,

vs.                                              **CASE NO. 2:07-CV-235-FtM-29DNF**

**MENU FOODS, INC., MENU FOODS**
**MIDWEST CORPORATION, MENU**
**FOODS INCOME FUND, and MENU**
**FOODS LIMITED,**
          **Defendant.**
_____/

## **O R D E R**

**THIS CAUSE** came on for consideration on Motion for Pro Hac Vice Admission to Practice for Gary E. Mason [Doc. 6] filed on April 27, 2007, pursuant to Local Rule 2.02 of the Middle District of Florida. The Court being fully advised in the premises, it is,

**ORDERED and ADJUDGED**:

The Court will allow Gary E. Mason, Esquire to appear as co-counsel specially and represent the Plaintiff.

**IT IS FURTHER ORDERED:**

1.   Unless already completed, within eleven (11) days from the date of this Order, Attorney Gary E. Mason shall send to the Clerk's Office, the application for special

Dockets.Justia.com

admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required $10.00 application fee.

    2.    Unless already completed, within eleven (11) days from the date of this Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially.

    **DONE and ORDERED** at Chambers in Fort Myers, Florida, this 7th day of May 2007.

*/s/ Douglas N. Frazier*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

cc:
All Parties of Record