**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**FORT MEYERS DIVISION**

**CASE NO. 07-CV- 235-FTM-29 DNF**

| | |
|---|---|
| MARIA TERESA FERRARESE, | : |
| Individually, and on behalf of all | : |
| others similarly situated, | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : |
| MENU FOODS, INC., MENU FOODS | : |
| MIDWEST CORPORATION, MENU | : |
| FOODS INCOME FUND, and MENU | : |
| FOODS LIMITED, | : |
| Defendants. | : |

**STIPULATION AND ORDER**
**GRANTING DEFENDANT=S MOTION TO STAY PROCEEDINGS**

WHEREAS, this case is one of over sixty seven (67) putative class actions filed in this court and

several other courts throughout the country for damages and injunctive relief, arising from the

manufacture, distribution and/or sale of pet food products by Defendants, Menu Foods, Inc., Menu

Foods Midwest Corporation, Menu Foods Income Fund and Menu Foods Limited (Collectively

referred to as AMenu Foods@);

WHEREAS, on March 30, 2007, a Motion to Transfer and Coordinate or Consolidate Action

Pursuant to 28 U.S.C. ' 1407 to the Central District of California with the Judicial Panel on Multidistrict

Litigation (AMDL Panel@) was filed by Plaintiff, Shirley Sexton.

WHEREAS, on March 30, 2007, a Motion to Transfer and Coordinate or Consolidate Action

{RDM/013804.0109/L4124232_1}
RDM/013804.0109/L4123630_1

Pursuant to 28 U.S.C. § 1407 to the Southern District of Florida with the Judicial Panel on Multidistrict Litigation by Plaintiff, Christine Troiano.

WHEREAS, on March 30, 2007, a Motion to Transfer and Coordinate or Consolidate Action Pursuant to 28 U.S.C. § 1407 to the Western District of Washington with the Judicial Panel on Multidistrict Litigation by Plaintiffs, Tom Whaley, Stacey Heller, Toinette Robinson, David Rapp, Cecily and Terrance Mitchelle, Suzanne E. Johnson, Craig R. Klemann, Audrey Kornelius, Barbara Smith, Michelle Suggett and Don James.

WHEREAS, the MDL Panel will determine whether all actions, including this action, should be transferred and coordinated and/or consolidated under 28 U.S.C. ' 1407 for pretrial proceedings.  The MDL Panel has set this matter for hearing on May 31, 2007 in Las Vegas, Nevada; and

WHEREAS, the parties believe that in the short intervening time between now and a decision by the MDL Panel on transfer and coordination and/or consolidation, a stay of these proceedings will conserve party and judicial resources.

IT IS HEREBY STIPULATED by and between the Plaintiff, MARIA TERESA FERRARESE and Defendants, Menu Foods, through their designated counsel, that this matter, including the deadlines for the parties to participate in class certification and other pretrial proceedings, be stayed pending the establishment of *In re: Pet Food Products Liability Litigation*, MDL Docket No. 1850, and the potential subsequent transfer of this case for coordinated pretrial proceedings with other actions pending throughout the country.

All parties shall, during the pendency of the stay of this matter, comply with their duty to preserve all evidence that may be relevant to this action.  This duty extends to documents, electronic

data, and tangible things in the possession, custody and control of the parties to this action, and any employees, agents, contractors, or carriers who possess materials reasonably anticipated to be the subject of discovery in this action. APreservation@ is to be interpreted broadly to accomplish the goal of maintaining the integrity of all documents, data and tangible things reasonably anticipated to be the subject of discovery under Fed. R. Civ. P. 26, 45 and 56(e) in this action. Preservation includes taking reasonable steps to prevent the partial or full destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration, theft or mutation of such material, as well as negligent or intentional handling that would make material incomplete or inaccessible. If the business practice of any party involves the routine destruction, recycling, relocation, or mutation of materials, the party must, to the extent practicable for the pendency of this order, either:

i)      halt such business practices;

ii)     sequester or remove such material from the business process; or

iii)    arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery if requested.

[Signature Page to Follow]

IT IS SO STIPULATED.

Dated:  May 15, 2007                    Respectfully submitted,

                                        Morgan & Morgan, P.A.

                                        By:___*/s/ Robert D. McIntosh for*___
                                            Scott Wm. Weinstein (w/ authority)
                                            **Attorneys for Plaintiff**


Dated: May 15, 2007                     Respectfully submitted,

                                        ADORNO & YOSS, LLP

                                        By:____*s/ Robert D. McIntosh*____
                                            Robert D. McIntosh
                                            **Attorney for Menu Foods Defendants**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Robert D.  McIntosh*
      Robert D.  McIntosh (FBN: 115490)

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MEYERS DIVISION**

**CASE NO.   07-CV- 235-FTM-29 DNF**

MARIA TERESA FERRARESE,                    :
Individually, and on behalf of all              :
others similarly situated,                          :
                                                                 :
                        Plaintiffs,                       :
v.                                                               :
                                                                 :
MENU FOODS, INC., MENU FOODS          :
MIDWEST CORPORATION, MENU              :
FOODS INCOME FUND, and MENU          :
FOODS LIMITED,                                     :
                        Defendants.                    :

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Judge John E. Steele
United States District Court Judge

**FERRARESE v. MENU FOODS, *et al***
**SERVICE LIST – 07-CV-235-FTM-29DNF**


Scott Wm. Weinstein
Florida Bar No:  563080
Morgan & Morgan, P.A.
*Attorneys for Plaintiff*
12800 University Drive, Suite 600
Fort Myers, Florida  33907
Telephone:   (239) 433-6880
Facsimile:     (239) 43-6836
Email:    sweinstein@forthepeople.com

---

Robert D. McIntosh, Esq.
Adorno & Yoss, LLP
*Attonreys for Menu Defendants*
888 Southeast 3rd Avenue, Suite 500
Fort Lauderdale, Florida  33316
Telephone: 954-523-5885
Telefax: 954-760-9531
E-Mail: rdm@adorno.com

---

Gary E. Mason
The Mason Law Firm, P.C.
1225 19th Street , N.W. Suite 500
Washington, D.C.   20036
Telephone:   (202) 429-2290
Telefax:       (202) 429-2294
gmason@masonlawdc.com

---