UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:07-CV-235-FTM-29 DNF

MARIA TERESA FERRARESE,
Individually, and on behalf of all
Others similarly situated,

    Plaintiff,

vs.

MENU FOODS, INC., MENU FOODS
MIDWEST CORPORATION,
MENU FOODS INCOME FUND, and
MENU FOODS LIMITED,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING EXHIBIT "D," TO MOTION TO STAY ALL PROCEEDINGS

NOTICE IS HEREBY given the Court that Defendants, MENU FOODS INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, and MENU FOODS LIMITED (Collectively referred to as "MENU FOODS"), by and through their undersigned counsel, hereby file **EXHIBIT D** to their Motion to Stay All Proceedings, being filed under separate cover due to the voluminous nature of the exhibit.

Dated:  May 15, 2007                      Respectfully submitted,

                                          By: */s/ Robert D. McIntosh*
                                              Robert D. McIntosh (FBN: 115490)
                                              Email: rdm@adorno.com
                                              **ADORNO & YOSS LLP**
                                              888 S.E. 3rd Avenue, Suite 500
                                              Fort Lauderdale, Florida 33316-1159
                                              Phone: (954) 523-5885
                                              Fax: (954) 760-9531
                                              Attorneys for Menu Defendants

{RDM/013804.0109/L4124660_1}1

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Robert D. McIntosh*
Robert D. McIntosh (FBN: 115490)

## FERRARESE v. MENU FOODS, *et al*
## SERVICE LIST – 2:07-CV-235-FTM-29DNF

Scott Wm Weinstein, Esq.
Morgan & Morgan, P.A.
*Attorneys for Plaintiff*
12800 University Drive, Suite 600
Fort Myers, Florida  33907
Telephone:  239-433-6880
Facsimile: 239-433-6836
E-Mail: sweinstein@forthepeople.com

---

Robert D. McIntosh, Esq.
Adorno & Yoss, LLP
*Attonreys for Menu Defendants*
888 Southeast 3rd Avenue, Suite 500
Fort Lauderdale, Florida  33316
Telephone: 954-523-5885
Telefax: 954-760-9531
E-Mail: rdm@adorno.com

---

Gary E. Mason, Esq.
The Mason Law Firm, P.C.
*Attorneys for the Plaintiff*
1225 19th Street, NW, Suite 500
Washington, DC  20036
Telephone: 202-429-2290
Telefax: 202-429-2294