UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA TERESA FERRARESE,

                Plaintiff,

vs.                            Case No.  2:07-cv-235-FtM-29DNF

MENU FOODS, INC., MENU FOODS MIDWEST
CORPORATION, MENU FOODS INCOME FUND,
MENU FOODS LIMITED,

                Defendants.
_____

**ORDER**

     This matter comes before the Court on defendant's Motion to Stay All Proceedings (Doc. #9), filed May 15, 2007, seeking to stay the case pending a decision by the Judicial Panel on Multidistrict Litigation (JPML). Although the motion contained no certification pursuant to Local Rule 3.01(g), a Stipulation and Order Granting Defendant's Motion to Stay Proceedings was filed under Notice (Doc. #10) was also filed and includes plaintiff's signature and stipulation to a stay pending the establishment of a pet food MDL docket. Upon review and finding no objection, the Court will grant the motion. Due to the unpredictability of the transfer issue, the Court will grant a limited stay only at this juncture which may be renewed.

    Accordingly, it is now

    **ORDERED:**

Defendant's Motion to Stay All Proceedings (Doc. #9) is **GRANTED** pursuant to the parties' Stipulation insofar as the case is stayed for a period of **NINETY (90) DAYS** from the date of this Order. Upon expiration of the stay, the parties may seek leave to continue the stay if the case is not otherwise transferred.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of May, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record
DCCD