UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA TERESA FERRARESE,

          Plaintiff,

vs.                      Case No.   2:07-cv-235-FtM-29DNF

MENU FOODS, INC., MENU FOODS MIDWEST
CORPORATION, MENU FOODS INCOME FUND,
MENU FOODS LIMITED,

          Defendants.
_____

### ORDER

On May 17, 2007, the Court entered an Order (Doc. #22) granting a stay of the proceedings for a period of 90 days and providing that the parties could seek to continue the stay if the case was not otherwise transferred to the MDL Panel. Although a Notice (Doc. #23) of the conditional transfer was filed, no final transfer order has been provided to the Clerk and the stay has now expired.

Accordingly, it is now

**ORDERED**:

The parties shall notify the Court within **ELEVEN (11) DAYS** of this Order whether a further stay is required or if the case is due to proceed.

**DONE AND ORDERED** at Fort Myers, Florida, this   12th   day of September, 2007.

_____
JOHN E. STEELE
United States District Judge